IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

Sandra Lopez

    **Plaintiff,**

v

Mauricio Parra, Seaboard Foods, LLC., Seaboard Corporation, and Seaboard Foods Services, Inc

    **Defendants.**

---

## DEFENDANTS' NOTICE OF REMOVAL

---

TO:    HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants, Mauricio Parra, Seaboard Foods, LLC., Seaboard Corporation, and Seaboard Foods Services, Inc., ("Defendants") file this Notice of Removal of the above-styled case from the Denver County District Court, Colorado, to the United States District Court for the District of Colorado, based on the following grounds:

**I.    INTRODUCTION**

    1.    Plaintiff filed his Original Complaint on April 15, 2019.

**II.    THIS CASE IS REMOVABLE UNDER DIVERSITY JURISDICTION**

    2.    Pursuant to 28 U.S.C. § 1441(b), a defendant may remove a case from state court to federal court based on diversity jurisdiction, and pursuant to § 1332(a)(1), a federal district court may exercise diversity jurisdiction where the parties are citizens of different states and the

amount in controversy exceeds $75,000, exclusive of interest and costs.

3. This action has been removed to Federal Court based on the following jurisdictional basis: diversity of citizenship pursuant to 28 U.S.C. § 1332.

**A.     Complete diversity exists**

4. There is complete diversity of citizenship between Plaintiff and Defendants.

5. Plaintiff is a citizen of Colorado. *Exhibit A*, *Complaint* ¶ 1.

6. Pursuant to 28 U.S.C. § 1332, a corporation is deemed to be a citizen of every state in which it has been incorporated, and of the state where it has its principal place of business.

8. At the time this action was commenced, Seaboard Defendants were not, nor currently are, citizens of Colorado.

9. At the time this action was commenced, Seaboard Defendants were, and currently are, citizens of Delaware, Oklahoma, and Kansas and were not, nor are, citizens of Colorado. The citizenship of the Seaboard Defendants is as follows:

a) Seaboard Foods, LLC. is incorporated in Oklahoma and maintains its principal place of business in Kansas. Seaboard Foods, LLC. is, therefore, a citizen of Oklahoma and Kansas.

b) Seaboard Corporation is incorporated in Delaware and maintains its principal place of business in Kansas. Seaboard Corporation is, therefore, a citizen of Delaware and Kansas.

c) Seaboard Foods Services, Inc. is incorporated in Kansas and maintains its principal place of business in Kansas. Seaboard Foods Services, Inc. is, therefore, a citizen of Kansas.

10. At the time this action was commenced, Defendant Parra was, and currently is, a citizen of the State of Texas.

11. Thus, the controversy herein between Plaintiff and Defendants is a controversy between citizens of different states.

### III. SERVICE OF COMPLAINT

12. All Defendants were served on April 18, 2019.

13. This Notice of Removal is being filed within thirty (30) days of service and is timely pursuant to 28 U.S.C. § 1446(b).

### IV. VENUE OF REMOVED ACTION

14. Seaboard Defendants may remove this action to this Court pursuant to 28 U.S.C. § 1441(a) because this case was initially brought in a state court within the geographical area of the United States District Court for the District of Colorado, and because this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a). The lawsuit is comprised entirely of a civil nature, is an action between citizens of different states, and the matter in controversy exceeds $75,000, exclusive of interests and costs.

### V. CONSENT, NOTICE TO OTHER PARTIES, AND NOTICE TO STATE COURT

15. The Seaboard Defendants are represented by the undersigned and all consent to removal.

16. Defendant Parra is also represented by the undersigned and consents to removal.

17. Pursuant to § 1446(d) and Local Rule 81.1, written notice of the filing of the Notice of Removal is being contemporaneously filed with the Denver County District Court, Colorado, and is being served on Plaintiff.

18. No hearings are currently set in the state court proceeding, and no trial date has been set.

19. Defendants attach hereto a full copy of the docket and docket sheet from the State Court. *Ex. B, Full Docket*.

## VI. PLEADINGS IN THE STATE COURT ACTION

20. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders and papers or exhibits filed in the District Court, Denver County, Colorado are provided with this Notice of Removal.

21. Defendant Parra filed his Answer on May 13, 2019.

22. No other Defendant has filed any responsive pleadings in the state court action, and no other pleadings have been filed.

## VII. AMOUNT IN CONTROVERSY

23. Under the jurisdictional provisions of 28 U.S.C. § 1332, this case is one which may be removed to this Court by a defendant, pursuant to 28 U.S.C. § 1441, in that it is a civil action wherein the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, as appears by copy of Plaintiff's Complaint.

24. Plaintiff alleges that as a result of Defendants' negligence activities, Plaintiff incurred past, damages and will incur future non-economic damages, including pain and suffering, inconvenience, emotional distress, permanent injury and/or impairment of her quality of life. *Exhibit A*, ¶ 44 & Prayer for Relief. Plaintiff has opted out of Colorado's Simplified Rule 16.1, affirmatively representing that the amount in controversy exceeds $100,000. *Exhibit B, Civil Cover Sheet*. Furthermore, based on the claimed severity of the injury and alleged damages, this matter in controversy appears to exceed the sum of $75,000.00, exclusive of interest.

25. By this Notice of Removal, Defendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action, and Defendants intend no admission of fact, law or liability by this Notice and expressly reserve all defenses, motions and/or pleas.

WHEREFORE, Defendants pray that this case proceed in the United States District Court for the District of Colorado as an action properly removed thereto.

Respectfully submitted this 16th day of May 2019.

s/Christopher R. Reeves
Richard A. Waltz, Esq.
Christopher R. Reeves, Esq.
Waltz|Reeves
1660 Lincoln Street, Suite 2510
Denver, CO 80264
Telephone: 303-830-8800
Facsimile: 303-830-8850
dwaltz@waltzreeves.com
creeves@waltzreeves.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of May 2019, I electronically filed a true and correct copy of the above Notice of Removal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Sean McCrary, Esq.  
Theodore Ridder, Esq.  
Franklin D. Azar & Associates, P.C.  
14426 East Evans Avenue  
Aurora, CO  80014  
McCraryS@fdazar.com  
riddert@fdazar.com  
*Attorneys for Plaintiff*

                                        s/Mary Pearson  
                                        Waltz|Reeves